# IN THE DISTRICT COURT OF THE UNITED STATES
## for the Western District of New York

|  |  |
|---|---|
|  | October 2024 GRAND JURY<br>(Impaneled 10/16/2024) |
| **THE UNITED STATES OF AMERICA** | 25-CR- 6079 |
| *-vs-* | **INDICTMENT** |
| **CARLOS SERRANO JR. a/k/a Ski**<br>**CARLOS MELENDEZ JR. a/k/a Lito** | Violation:<br>Title 21, United States Code, 846<br><br>(1 Count and 2 Forfeiture Allegations) |

### COUNT 1

**(Narcotics Conspiracy)**

**The Grand Jury Charges That:**

Beginning in or about August 2023, and continuing until in or about June 2024, the exact dates being unknown to the Grand Jury, in the Western District of New York and elsewhere, the defendants, **CARLOS SERRANO JR. a/k/a Ski** and **CARLOS MELENDEZ JR. a/k/a Lito**, did knowingly and intentionally combine, conspire, and agree together and with others, known and unknown to the Grand Jury, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, 400 grams or more of a mixture and substance containing N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B).

**All in violation of Title 21, United States Code, Section 846.**

## FIRST FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon conviction of Count 1 of this Indictment, the defendants, **CARLOS SERRANO JR. a/k/a Ski** and **CARLOS MELENDEZ JR. a/k/a Lito**, shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations

If any of the property described above, as a result of any act or omission of the defendant:

  i. cannot be located upon the exercise of due diligence;
 ii. has been transferred or sold to, or deposited with, a third person;
iii. has been placed beyond the jurisdiction of the Court;
 iv. has been substantially diminished in value; or
  v. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**All pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2) and 853(p).**

## SECOND FORFEITURE ALLEGATION

### The Grand Jury Further Alleges That:

Upon conviction of Count 1 of this Indictment, the defendants, **CARLOS SERRANO JR. a/k/a Ski** and **CARLOS MELENDEZ JR. a/k/a Lito**, shall forfeit to the United States, any right, title, and interest in any firearm and ammunition involved or used in the commission of the offenses, or found in the possession or under the immediate control of the defendants at the time of arrest.

2

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Rochester, New York, May 13, 2025.

        MICHAEL DiGIACOMO
        United States Attorney

BY: *s/Nicholas T. Cooper*
        NICHOLAS T. COOPER
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        100 State Street
        Rochester, New York 14614
        585/935-7512
        Nicholas.Cooper@usdoj.gov

A TRUE BILL:

*s/Foreperson*